Scott COSTELLO, Crystal Leigh Costello; Diana Costello, Plaintiffs–Appellants

v.

CESSNA AIRCRAFT CORPORATION; et al, Defendants,

Cessna Aircraft Corporation, Defendant–Appellee.

No. 04–30655.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Jan. 14, 2005.

Johnny E. Dollar, Dollar Laird, Monroe, LA, for Plaintiff–Appellant.

Howard J. Daigle, Jr., Mark Edward Seamster, Daigle Fisse, Covington, LA, for Defendant–Appellee.

Before REAVLEY, JOLLY, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM: *

We affirm the grant of summary judgment for essentially the reasons stated by Judge Little in his memorandum opinion.

AFFIRMED.

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.